ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 24 2000

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff § | C-00-082 |
| § | CIVIL ACTION _____ |
| versus § | (Claim: 67379) |
| § | |
| JILL M. WILSON, § | |
| § | |
| Defendant § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendant is a resident of Nueces County, Texas, and may be served with process at 5410 Bonham Street, Corpus Christi, Texas 78415.

3. *The Debt.* The debt owed the United States is:

| | | |
|---|---|---|
| A. | Current principal | $ 1,373.99 |
| B. | Current interest (capitalized and accrued) | $ 1,159.08 |
| C. | Administrative fees, costs, penalties | $ 0.00 |
| D. | Attorney's fees | $ 550.00 |
| E. | Balance due | $ 3,083.07 |
| F. | Prejudgment interest accrues at | |
| | 8.00% per annum being $ 0.30 per day. | |

The current principal in paragraph 3 A is after credits of $ 1,482.02.

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding

attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

4.  *Failure to pay*. Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5.  *Prayer*. The United States prays for judgment for:

    A.  The sums in paragraph 3 plus pre-judgment interest through the date of judgment, administrative costs, and post-judgment interest.

    B.  Attorney's fees; and,

    C.  Other relief the court deems proper.

Respectfully submitted,

ALONSO & CERSONSKY, P.C.

By: _____
M. H. Cersonsky
Attorney in Charge
State Bar: 04048500
Southern District: 5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Telephone: (713) 840-1492
Fax: (713) 840-0038

Attorneys for Plaintiff

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name:     Jill M. Wilson
AKA:      N/A
Address:  3922 Westland Drive
          Corpus Christi, TX 78408

SSN:      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

Total debt due United States as of September 11, 1997:   $2,533.07

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $1,373.99 from September 11, 1997 at the annual rate of 8.00%. Interest accrues on the principal amount of this debt at the rate of $0.30 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On December 12, 1984 the debtor executed promissory note(s) to secure loan(s) from Farmers & Merchants Bank Colby, KS under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on July 5, 1986 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $281.81 thereby increasing the principal balance due to $1,373.99.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor now owes the following:

| | |
|---|---|
| Principal: | $1,373.99 |
| Interest: | $1,159.08 |
| Administrative/Collection Costs: | $    0.00 |
| Penalties: | $    0.00 |

CERTIFICATION: Pursuant to 28 USC 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____9/19/97_____          _____
     (Date)                 Loan Analyst
                            Litigation Branch

