United States District Court
Southern District of Texas
ENTERED
JUL 17 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | C.A. NO. C-00-82 |
| JILL M. WILSON | § § | |

## ORDER TO SHOW CAUSE

Plaintiff filed this complaint February 24, 2000, seeking repayment of a debt owed to the United States (D.E. 1). A summons was issued February 24, 2000, but to date the file does not reflect that the defendant was served with a copy of the complaint. Plaintiff is ordered to show cause if any, within ten days of the date of this order, why the complaint should not be dismissed without prejudice for failure to comply with the time limits contained in Fed. R. Civ. P. 4(m).

ORDERED this 13 day of July, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE