IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
JUN 07 2000
MICHAEL N. MILBY, CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | C.A. NO. C-00-082 |
| | § | |
| JILL M. WILSON, | § | |
| | § | |
| Defendant. | § | |

## MOTION TO DISMISS WITHOUT PREJUDICE

To the United States. Magistrate Judge B. J. Ellington:

United States of America ("USA") files this Motion to Dismiss Without Prejudice.

USA prays that this action be dismissed as to Jill M. Wilson without prejudice.

Respectfully submitted,

By: _/s/ M. H. Cersonsky_
M. H. Cersonsky, TBA#04048500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Tel. (713)840-1492/Fax (713)840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| VS. | § | C.A. NO. C-00-082 |
| JILL M. WILSON, | § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

On the United States' Motion, this case is dismissed without prejudice.

SIGNED: _____, 2000, at Houston, Texas.

_____
Hon. B. Janice Ellington
United States Magistrate Judge

APPROVED:

By: *M. H. Cersonsky*
M. H. Cersonsky, TBA# 04048500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Telephone: (713) 840-1492
Fax: (713) 840-0038
Attorney for United States of America

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

C:\My Documents\DOJ\Motions\Dismissals\Wilson
Page 2