IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | C.A. NO. C-00-082 |
| | § | |
| JILL M. WILSON, | § | |
| | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED

JUL 25 2000

Michael N. Milby, Clerk of Court

## ORDER OF DISMISSAL

On the United States' Motion, this case is dismissed without prejudice.

SIGNED: _July 21_, 2000.

_____
H. W. Head, Jr.
United States District Judge

APPROVED:

By: _____
M. H. Cersonsky, TBA# 04048500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Telephone: (713) 840-1492
Fax: (713) 840-0038
Attorney for United States of America

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

C:\My Documents\DOJ\Motions\Dismissals\Wilson
Page 2